PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Carlos Velasquez          Cr.: 18-00464-001
                                                                 PACTS #: 4051843

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/12/2021

Original Offense:   Count 1: Conspiracy to Commit Hobbs Act Robbery
                    Count 2: Hobbs Act Robbery
                    Count 3: Brandishing a Firearm During and in Relation to a Crime of Violence
                    Count 4: Conspiracy to Use of a Firearm During and in Relation to a Crime of Violence
                    Count 5: Conspiracy To Possess and Distribute Heroin

Original Sentence: 63 months imprisonment, 60 months supervised release

Special Conditions: Restitution, Substance Abuse Testing/Treatment, Life Skills/Education Requirements, Support Dependents

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/18/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On September 3, 2022, the individual under supervision (IUS) was arrested by the Clifton Police Department and charged with Simple Assault and Criminal Mischief. He is accused of assaulting his ex-girlfriend and damaging her apartment. He was released on September 4, 2022, and the charges are pending. |
| 2 | On August 2, 2022, the IUS provided a urine sample which tested positive for marijuana. |

U.S. Probation Officer Action:

Based on the new arrest for simple assault and criminal mischief, Mr. Velasquez is being referred to the United States Probation Office, District of New Jersey, STOP Program.

The individual has been attending outpatient substance abuse treatment at Turning Point. His counselor is aware of the positive test result and is addressing his drug usage through individual and group treatment.

Prob 12A – page 2
Carlos Velasquez

The probation office is recommending no formal action be taken by the Court, until the pending charges are resolved, and the IUS has time to further engage in outpatient substance abuse treatment and the STOP Program. Should the IUS continue to engage in non-compliant behavior, the Court will be immediately notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick Hattersley/SGM*

By: PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

_____   September 8, 2022
SUZANNE GOLDA-MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/13/22
Date