PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Carlos Velasquez            Cr.: 18-00464-001
                                                                                                                              PACTS #: 4051843

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                                   UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/12/2021

Original Offense:     Count One: Interference With Commerce By Threat Or Violence, 18:U.S.C. 1951.F
                             Count Two: Interference With Commerce By Threat Or Violence, 18: U.S.C 1951.F
                             Count Three: Violent Crime/Drugs/Machine Gun, 18: U.S.C 924C.F
                             Count Four: Conspiracy To Commit A Violent Crime/Drugs/Machine Gun, 18: U.S.C 924O.F
                             Count Five: Conspiracy To Distribute Controlled Substance, 21: U.S.C 846.F

Original Sentence: 63 months imprisonment, 5 years supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Support Dependents

Type of Supervision: Supervised Release                     Date Supervision Commenced: 03/18/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                         On June 1, 2023, Mr. Velasquez reported to our office and submitted a urinalysis, which yielded positive for marijuana. Mr. Velasquez subsequently admitted to smoking marijuana the day before. He signed a drug admission form.

U.S. Probation Officer Action:

Mr. Velasquez was admonished for smoking marijuana. He ensured he will not use any illegal narcotics while on probation. We will closely monitor this matter. At this time, we are not recommending any court action be taken.

Prob 12A – page 2
Carlos Velasquez

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:  KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____  06/01/2023
KEVIN M. VILLA                          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

June 7- 2023
Date